# Court of Appeals
# of the State of Georgia

ATLANTA,    August 29, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0483.  JEFFREY BRAZELL v. THE STATE.**

On June 28, 2014, the trial court denied Jeffrey Brazell's motion for out-of-time appeal. On August 13, 2014, Brazell filed this application for discretionary appeal.[1] The denial of a motion for an out-of-time appeal is generally subject to direct appeal. *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999). And, ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because Brazell filed his application 46 days after entry of the order he seeks to appeal, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/29/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*

---

[1] Although Brazell attempted to file the application earlier, we could not accept it for filing because he failed to include a certificate of service as required by Court of Appeals Rule 6.